**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregory A. LEAF, Defendant–
Appellant.**

**No. 15–11067
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 29, 2015.

Karin Bethany Hoppmann, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Samuel D. Armstrong, U.S. Attorney's Office, Ocala, FL, David Rodney

Brown, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Darlene Calzon Barror, Tampa, FL, for Defendant–Appellant.

Gregory A. Leaf, Oakdale, LA, pro se.

Before JORDAN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Darlene Calzone Barror, appointed counsel for Greg Leaf, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Leaf's Fed.R.Civ.P. 60(b) motion is **AFFIRMED.**